# SATTERLEE STEPHENS BURKE & BURKE LLP

230 PARK AVENUE
NEW YORK, NY 10169-0079
(212) 818-9200
Fax (212) 818-9606

www.ssbb.com

51 JOHN F. KENNEDY PARKWAY
FIRST FLOOR WEST
SHORT HILLS, NJ 07078-2713
(973) 218-2509
FAX (973) 218-2401

E-Mail: rschoenstein@ssbb.com
Direct Dial: (212) 404-8707

July 30, 2015

**By Hand (with enclosures) and ECF (without enclosures)**

Honorable Edgardo Ramos
United States Courthouse
40 Foley Square
Courtroom 619
New York, New York 10007

Re: James T. Evans v. SSN Funding, L.P. et al Case No. 15-cv-05514

Dear Honorable Edgardo Ramos:

Pursuant to Your Honor's Individual Practices, please find enclosed courtesy copies of the Civil Cover Sheet, Complaint and Summons in the above referenced matter. Should you have any questions, please feel free to contact our office.

Respectfully submitted,

Richard C. Schoenstein

RCS/ald
Enclosures

2266067_1